March-11-2023.



3:23cv317-k#J-MTP
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 18 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

I am Requestion a Grievane/ARP. form

My Name, Lamar D. Stewart )= # R8336 )=
                                 M.D.O.C.

Housing here in East. Miss. Corrs. Facility
P.o. Box 10641 Hwy (80) westing, meridian, ms
39307): Now to whom this may be concerning to
me, and another state inmate were about to get
into a fight because i were right so these state
inmates officals + state corrs. officals came to
my cell and told me packup because i where in the
wrong area in the Bldg. and the Corrs. offical
wroten incidenting report paper and i did not
signed because the corr, officals wait so many
days to bring me the incidenting report paper to
signed, so i refused to signed, because by there
M.D.O.C. Policy they got (24) hour to issues a
Incidenting report paper they finding me guiltying
of the Incidenting R.V.R. report paper for known reason
and that not constitution rights. and by the constitution
right such as the first Amendment freedom of religion
and freedom of speech, so these state corrs. officals that
is Employer here can not be trust are believe in thems
because they are evil peoples that operation this
facility here in meridian, MS and they believe breaking

Page (1)

Security of state Inmates federal civil action cases so they violation alls Constitution rights and there People People Policying that the legislation and the governments allowing them to go by, and it ain't known Protection here as it is because these Corrs. Officals have there state Inmates gang members to fights there battle with there authority by these state Corrs. officals which ain't not there authority are business and they are not Protection Inmates they are invasion state Correction officals that operation this state facility Prison here in Meridian, ms and every state Inmates in this unit-3- have being assaulted and intent to die is by these Corrs. state officals that operation this Prison here in meridian, ms 39307). and they got dangerous weapon that these state officals known about the state Inmates contrabands that they only inside this Prison, and these state Correction officals do not go by the Constitution Laws, rights, because it ain't known Inconstrution in this Prison facility nothing but hurting and killings that they operation in this Bldg. Just like these Corrs. officals arrangement for that other to die back here Dec-3-2022). Now who authority that where the officals that operation this facility, so they have him killing what you think they will do to me they are unlawful and they got serious home Issues, that they bring to there Job what every they did at home we state Inmates ain't got nothing to do with there home Problems whatsoever;

Page(a)

and these Corrs. officals authorities ain't Nothing so i am ask to be move away from this Prison facility before a serious incidenting happen and i will be in lock down holding for the rest of my life by being around these satan Corrs. officals and they ain't got known business being employing here at this facility here in Meridian, MS they is got some serious issues out there in that free world and they being there home Problems to there duties of there Job so i have wroten the wardens and there superintendent about move me from this facility because we can't not standing to see eye to eye with each other because another serious though cross my mind and it is not good when i see these Corrs. officals handles these state Inmates. because these same Corrs. officals have these state inmates Jumping on inmates and Killing. and who gaven these Corrs. officals the authoritying to have another Killing if it where not in his or her sentence order from the Judges authority and the Congressional and legislation authority why did they Killing that state Inmate without those Congressional authority, and this is unJustices facility that they operation here in Meridian, MS 39307). and that is major issues that happen Dec-3-2022). and als these incidenting reporting Papers is match the incidenting reporting sheeting that these Corrs. officals

Page.3)

Wroten up on Lonard W. Stewart, # R8336, and the incidenting sheeting statements that they finding me guiltying on four of them and i where finding not guiltying on one of them but those other that they finding me guiltying on and i hopeness it wooding not stoping my parole. and these corrs. officals that working and that is employee at this facility and this is not justice. they is intention to stealing federal court documentings that don't have knowledge of agency relationship with these corrs. officals and that is allegation is wrongful and these corrs. officals depending on these state inmates to there dirsty working as in aggravation assaulting and jeopardize my life and freedom. and this is the of the knowledge of the truth in regard to a particular facts or allegation and does not depend on information or hearsay in an answer is personal knowledge of its truth or false. that which these corrs. officals must obeyed and followed by citizens subject to sanctions or legal consequences of the law. law is used to signify an oath, or the privilege of being sworn as in the phrases to wage one law. and these officals ain't known law and the form of law to say of an act that it is lawful implies that is not authorized sanctioned or at any rate not forbidden by any law. now its different aspects, see absolute law and administratived law and this is the corrs. officals with the confliction of law of constitution law. and this is very badly violent facility

Page (4)

and these walls of Violence Justice ain't being Crushed by the battle of Justice, and these Corrs. officals had been harassment and intimidated on every hand. Now they face arrest on top of all this Violence/ Aggravation assaulting/ Jeopardize Inmates life/ Cruel and unusual Punishment/. Now on the one hand i had to be concerned about Keeping my emotional and Psychological balance, and there wording is not commanded are Known respection, but soon i can or could not restrian myself at this facility any longer.

Respectfully and submission.
Signed. Lamont W Stewart #108336

Witness. Soloman S. Kennedy

Page ⑤

Notary Public