UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LAMOR D. STEWART                                                                              PLAINTIFF

V.                                                          CIVIL NO. 3:23-CV-317-KHJ-MTP

JOHN DOE                                                                                      DEFENDANT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses the case.

SO ORDERED AND ADJUDGED, this 6th day of September, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE